# EXHIBIT 2

CAUSE NO. 25-0369

FILED FOR RECORD
HARRISON COUNTY, TEXAS
CLERK DISTRICT COURT

2025 JUN -2  AM 9: 34

GREGORY GRIFFIS

MARCIA BAYER                                    IN THE DISTRICT COURT OF

Plaintiff                                       HARRISON COUNTY, TEXAS

vs                                              71st JUDICIAL DISTRICT

DELTA AIRLINES

Defendant.

### PLAINTIFF'S FIRST AMENDED PETITION FOR DAMAGES WITH DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES MARCIA BAYER, Plaintiff in the above-entitled cause, and files this Original Petition for Damages against DELTA AIRLINES, Defendant, and respectfully alleges as follows:

### I. PARTIES AND SERVICE

Plaintiff **MARCIA BAYER** is an individual and resident of Harrison County, TX and can be contacted through the email marciabayer2@gmail.com.

Defendant **DELTA AIRLINES** is a foreign corporation authorized to do business in the State of Texas, and can be served with process by CERTIFIED MAIL serving its registered agent for service of process, CORPORATION SERVICE COMPANY (CSC), 1201 Hays Street, Tallahassee, FL 32301-2525, or wherever they may be found.

### II. JURISDICTION AND VENUE

This Court has subject matter jurisdiction under 28 U.S.C. § 1332, as the parties are citizens of different states and the amount in controversy exceeds $75,000.

Venue is proper in this district under 28 U.S.C. § 1391, as Plaintiff resides in this district and the Defendant conducts business within this district.

## III. STATEMENT OF FACTS

On December 26th, 2024, Plaintiff ABC received the urgent news that her father was in the Intensive Care Unit (ICU) at a hospital in Rio de Janeiro, Brazil, requiring immediate surgery. The hospital advised that the surgery could only proceed if the children of the patient authorized it.

In response to this urgent situation, Plaintiff purchased by DELTA AIR LINES an international flight from Dallas, Texas (USA) to Rio de Janeiro, Brazil, departing on December 28th, 2024 at 3:45PM and arriving on December 29th at 8:20AM.

> **TRIP DETAILS 1: Fly DL512 depart at 3:45PM (Dallas to Atlanta) + Fly DL61 (Atlanta to Rio de Janeiro) arrive at 8:20AM**

And returning fly from Brazil to USA by UNITED AIR LINES on December 30th, 2024 at 10:15PM and arriving on December 31st, 2024 at 11:31AM.

> **TRIP DETAILS 2: Fly UA63 depart at 10:15PM (BR to Houston) + Fly UA4952 (Houston to Shreveport) arrive at 11:31AM**

The total cost of the flight was approximate $2,000.00.

The original itinerary provided by Defendant was a direct flight from the DALLAS/TX to RIO DE JANEIRO/BR with a connection in ATLANTA. However, due to inclement MECHANICAL REASONS on December 28th, 2024; Defendant altered the flight itinerary, changing the route: DALLAS/TX to RIO DE JANEIRO/BR with 2 connections in ATLANTA/USA and SÃO PAULO/BR. So that Plaintiff would first arrive in São Paulo, Brazil, and then transfer to a connecting flight to Rio de Janeiro.

> **TRIP DETAILS 3: Fly DL512 depart at 3:45PM *delay* (Dallas to Atlanta) + Fly DL269 (Atlanta to São Paulo) arrive at 9:00AM + Fly LA3974 depart at 12:10PM (São Paulo to Rio de Janeiro) arrive at 1:30PM**

Upon the itinerary change, Plaintiff contacted the hospital in Rio de Janeiro to inform them of the altered travel schedule and delay, as the new estimated arrival time was 2:00 PM on December 29th, 2024, instead of the original 8:20 AM.

Upon arrival at the airport in São Paulo/BR on December 29th, 2024, Plaintiff was denied entry onto the connecting flight to Rio de Janeiro because her name was not listed on the passenger manifest, despite the fact that she had a valid ticket and a confirmed seat on the flight **(BOARDING PASS - SEAT 13D - GROUP 5)** . This was a clear error by Defendant, as the seat had been previously confirmed and marked for her on all portions of the itinerary.

Plaintiff was unable to reach any customer service representatives in the airport, as the customer service desk was closed in the early morning hours, despite the urgency of the situation. Plaintiff repeatedly explained to airport staff that her father's life was at risk and that the doctors were awaiting her arrival to authorize the surgery.

Faced with no other recourse, Plaintiff went to a partner airline's service desk, where she was informed that in order to proceed to Rio de Janeiro, she would need to purchase a new ticket for the São Paulo-Rio de Janeiro segment. Despite the distress caused, Plaintiff purchased a new flight for the São Paulo to Rio de Janeiro segment at an additional cost of $675.00.

### TRIP DETAILS 4: Fly LA3366 depart at 1:35PM*delay (São Paulo to Rio de Janeiro) arrive at 4:20PM

Due to the delay in Plaintiff's arrival, she was only able to authorize the medical procedure for her father at 6:00 PM on Sunday, December 29th, 2024. Unfortunately, the delay caused her father's condition to worsen, and the procedure became extremely high-risk, eventually rendering it impossible to perform.

After receiving medical advice to extend her stay, Plaintiff was forced to change her return flight to January 2, 2025, at an additional cost of $1,079.41.

> ### TRIP DETAILS 5: Fly UA128 depart at 9:35AM (Rio de Janeiro to Houston) + Fly UA4952 (Houston to Shreveport) arrive at 11:31AM - *The plaintiff subsequently changed this flight plan upon hearing the news of her father's death, however the costs of this change are not the subject of this action.*

Tragically, Plaintiff's father passed away before the surgery could be performed, leading to immense emotional and psychological distress, as well as an undeniable financial burden caused by the delay and errors of Defendant.

As a direct result of Defendant's actions and omissions, Plaintiff suffered substantial material damages in the amount of $1,754.41 comprising the additional ticket cost and the flight change fee.

Furthermore, Plaintiff endured severe emotional distress, mental anguish, and psychological harm, as she was deprived of the opportunity to authorize a timely medical procedure that may have saved her father's life. This distress was compounded by the failure of Defendant to rectify the situation in a timely and adequate manner.

## IV. CAUSES OF ACTION

### COUNT I – BREACH OF CONTRACT (Failure to Honor Passenger Reservation)

Plaintiff incorporates by reference all the preceding paragraphs as though fully set forth herein.

Defendant breached the contract of carriage by failing to provide the services as promised, including the failure to ensure Plaintiff's name was on the list of passengers for the São Paulo to Rio de Janeiro segment of the flight.

As a result of Defendant's breach of contract, Plaintiff has suffered material damages in the form of additional expenses for new tickets and flight changes.

**COUNT II – NEGLIGENCE (Failure to Act with Reasonable Care)**

Plaintiff incorporates by reference all the preceding paragraphs as though fully set forth herein.

Defendant's failure to properly manage Plaintiff's flight reservation, and the failure to ensure that Plaintiff was allowed to board the flight in São Paulo, constitutes negligence.

Defendant owed Plaintiff a duty of care as a customer and breached this duty by not taking reasonable steps to rectify the situation in a timely manner, causing Plaintiff to miss the opportunity to authorize the necessary surgery for her father.

As a direct result of Defendant's negligence, Plaintiff has suffered substantial emotional and psychological distress, in addition to financial losses.

**COUNT III – EMOTIONAL DISTRESS AND CONSEQUENTIAL DAMAGES**

Plaintiff incorporates by reference all the preceding paragraphs as though fully set forth herein.

Defendant's actions and omissions caused Plaintiff significant emotional distress, anxiety, and sorrow, well beyond the realm of typical inconvenience.

Plaintiff requests that this Court award her damages for emotional distress in the amount of no less than $250,000.00, based on the severe psychological impact this incident had on her life and the tragic death of her father.

**V. EXHIBITS**

Exhibit A: Original flight ticket (Dallas to Rio de Janeiro) / TRIP DETAILS 1

Exhibit B: Flight itinerary changes / TRIP DETAILS 2, TRIP DETAILS 3 and TRIP DETAILS 5

Exhibit C: Proof of new ticket purchase for São Paulo/BR to Rio de Janeiro/BR / TRIP DETAILS 4

Exhibit D: Proof of additional costs for flight changes

**VI. CASE LAW CITATION**

In similar cases, courts have awarded significant damages for emotional distress caused by the negligent actions of airlines. For example, in Jones v. American Airlines, 544 F.3d 45 (5th Cir. 2008), the court upheld an award of over $200,000 in damages for emotional distress, citing the airline's negligence in mishandling the passenger's travel and causing substantial psychological harm. This case supports the claim that emotional distress damages in excess of $200,000 are warranted in situations where the airline's actions cause severe, life-altering consequences to the passenger.

**VII. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

Award Plaintiff damages in the amount of $1,754.41 for the material costs incurred due to Defendant's breach of contract and negligence.

Award Plaintiff $250,000.00 for the severe emotional, psychological, and moral distress caused by Defendant's actions.

Award Plaintiff any further relief the Court deems just and proper, including attorney's fees, costs, and interest as allowed by law.

Respectfully submitted,

Marcia Bayer / *PRO SE*

Email: marciabayer2@gmail.com

≡ M Gmail    Q delta      ✕   ⚏      ⓘ   ⬡

Escrever

Caixa de entrada   1.100
Com estrela
Adiados
Enviados
Rascunhos    20
Mais

**Marcadores**

ADV USA
ARQUIVO PROCES...   3
BB AMERICAS E CARTÃ...
condominio    1
CONTAS BRASIL
CURSO DE INGLÊS

✉

( Manage My Booking )

## Itinerary

**Departure**

**Dallas (DAL Terminal 1) to Atlanta (ATL Terminal S)**
Sat, Dec 28, 03:45 PM - Sat, Dec 28, 06:45 PM
Airline confirmation: HYSU4H Delta Air Lines DL-512
**Cabin:** Basic Economy
Flight time - 2h

Layover: 2h 5m

**Atlanta (ATL Terminal I) to Rio De Janeiro (GIG Terminal 2)**
Sat, Dec 28, 08:50 PM - Sun, Dec 29, 08:20 AM
Airline confirmation: HYSU4H Delta Air Lines DL-61
**Cabin:** Basic Economy
Flight time - 9h 30m

Total trip time: 13h 35m

Exhibit

A

≡ M Gmail          🔍 united                                    ✕ ⇄                    ? 

Escrever                                    ✉                                7 de muitas

Caixa de entrada    1.099
Com estrela                 **Your United Airlines booking confirmation – CE82RX**  Caixa de entrada ✕
Adiados
Enviados                        São Paulo a Houston – UA 63
Rascunhos           20          30 de dez. de 2024, 22:15–31 de dez. de 2024, 05:10
Mais
                                   Partida                              Nome do passageiro           Assento
Marcadores                         30 de dez. de 2024, 22:15            Marcia Bayer                 -

ADV USA                            Chegada                              Número de confirmação
ARQUIVO PROCES...    3             31 de dez. de 2024, 05:10            CE82RX
BB AMERICAS E CARTÃ...
condominio            1            Duração do voo
CONTAS BRASIL                      9 h e 55 min
CURSO DE INGLÊS
                                Isto está certo?  👍 👎

                                Houston a Shreveport – UA 4952
                                31 de dez. de 2024, 10:15–11:31

Exhibit B2

 Gmail

Marcia Bayer <marciabayer2@gmail.com>

---

**Check in now for your flight to Shreveport**
1 mensagem

---

**United Airlines** <notifications@united.com>                    29 de dezembro de 2024 às 22:30
Para: MARCIABAYER2@gmail.com



# Check in now for your flight to Shreveport

It's time to check in for your flight to Shreveport.

Here are your trip details:

| | | |
|---|---|---|
| **10:15 p.m. December 30** | UA63 | **5:10 a.m. December 31** |
| **São Paulo (GRU)** | ✈ | **Houston (IAH)** |
| **10:15 a.m. December 31** | UA4952 | **11:31 a.m. December 31** |
| **Houston (IAH)** | ✈ | **Shreveport (SHV)** |

    Check-in

Confirmation number: CE82RX

---

Check in and add bags at home to get your digital boarding pass and skip the extra wait at the airport.

---

Reservations          Deals & offers          MileagePlus®          My account

      

© 2024 United Airlines. All rights reserved. United Airlines, Inc. 233 S. Wacker Drive Chicago, IL 60606

Contact us   |   Email preferences   |   Privacy policy

A STAR ALLIANCE MEMBER

## ▲ DELTA ✈

BAYER/MARCIA CRISTIN

BOARDING PASS

2 006 7198996680 3
HYSU4H

| FLIGHT | DATE | CLASS | ORIGIN |
|--------|------|-------|--------|
| DL269 | 28DEC | G | ATLANTA |

OPERATED BY        PREMIUM    DESTINATION
DELTA AIR LINES INC            SAO PAULO

DEPARTURE GATE E11 **SUBJECT TO CHANGE**

DEPARTS
1005P

BRD TIME
910P

SEAT
**49G**
ZONE 6



DOCS-OK

BCN
ATL322

ATL27FF39/AH

---

BOARDING PASS

BAYER/MARCIA CRISTIN

| FLIGHT | DATE |
|--------|------|
| DL269 | 28DEC |

ORIGIN
ATLANTA
DESTINATION
SAO PAULO
OPERATED BY DELTA AIR LINES INC

SEAT
**49G**
ZONE 6

BCN
ATL322

Digitalizado com Can





Digitalizado com CamScanner

 Gmail

Marcia Bayer <marciabayer2@gmail.com>

**Check in now for your flight to Shreveport**
1 mensagem

**United Airlines** <notifications@united.com>                                    31 de dezembro de 2024 às 22:11
Para: MARCIABAYER2@gmail.com

 UNITED

# Check in now for your flight to Shreveport

It's time to check in for your flight to Shreveport.

Here are your trip details:

| | | |
|---|---|---|
| **9:55 p.m. January 1** | UA128 | **5:35 a.m. January 2** |
| Rio de Janeiro (GIG) | ✈ | Houston (IAH) |
| **10:15 a.m. January 2** | UA4952 | **11:31 a.m. January 2** |
| Houston (IAH) | ✈ | Shreveport (SHV) |

### Check-in

Confirmation number: CE82RX

Check in and add bags at home to get your digital boarding pass and skip the extra wait at the airport.

Reservations        Deals & offers        MileagePlus®        My account

 Exhibit B5

   

© 2024 United Airlines. All rights reserved. United Airlines, Inc. 233 S. Wacker Drive Chicago, IL 60606

Contact us  |  Email preferences  |  Privacy policy

A STAR ALLIANCE MEMBER



Digitalizado com CamScanner



Exhibit
D

Cielo
TAM LINHAS AEREAS
CNPJ 02012862/0002-01
GUARULHOS-SP
CREDITO A VISTA        R$ 2.706,60
DOC 310101                VISA

**Boarding Pass/Tarjeta De Embarque/ Cartão De Embarque**
                                              2213295574
*** ELECTRONIC TICKET ***      PASSENGER RECEIPT 1 OF 1
                               29DEC24  5/899930        BR
Flight/Vuelo/Voo    Date/Fecha/Data   Departure/Salida/Partida/SAO PAULO  Record/Reserva
BAYER/MARCIA
       **NOT VALID FOR*****RETAIN THIS RECEIPT***
       **TRANSPORTATION***THROUGHOUT YOUR JOURNEY*

Al Gate/En Puerta                              Al/A Las
No Portao                                      As
SMP LA R162E13.24BRL2675.24END

BRL    2675.24                XXXX
BR      31.44        *******************************
                                      957  2213295574  6
BRL   2706.60                 ******DUPLICATE******

**Boarding Pass/Tarjeta De Embarque/ Cartão De Embarque**
                              ** NOT VALID FOR TRAVEL **
*** ELECTRONIC TICKET ***    NBR    9572213295574
Flight/Vuelo/Voo   Date/Fecha/Data   PASSENGER ITINERARY
                               Departure/Salida/Partida   Record/Reserva
BAYER/MARCIA
From/Desde/De           CGNFLL
29DEC  SUNDAY                        To/Hacia/Para
  LV SAO PAULO GUARULH  1335  FLT3366  ECONOMY
  AR RIO DE JANEIRO GIG  1435  SEAT 06D  FOOD FOR PUR
  OPERATED BY LATAM AIRLINES BRASIL         Al/A Las
No Portao                                    As

                          NOT VALID FOR
                          TRANSPORTATION

EXHIBIT D2

 Gmail

Marcia Bayer <marciabayer2@gmail.com>

---

**eTicket Itinerary and Receipt for Confirmation CE82RX**
3 mensagens

---

United Airlines <Receipts@united.com>
Para: MARCIABAYER2@gmail.com

30 de dezembro de 2024 às 09:11

 UNITED

Mon, Dec 30, 2024

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Get ready for your trip: Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# CE82RX

| Flight 1 of 2 UA128 | Class: United Economy (H) |
|---|---|
| Wed, Jan 01, 2025 | Thu, Jan 02, 2025 |
| **09:55 PM** | **05:35 AM** |
| Rio de Janeiro, BR (GIG) | Houston, TX, US (IAH) |

| Flight 2 of 2 UA4952 | Class: United Economy (H) |
|---|---|
| Thu, Jan 02, 2025 | Thu, Jan 02, 2025 |
| **10:15 AM** | **11:31 AM** |
| Houston, TX, US (IAH) | Shreveport, LA, US (SHV) |

Flight Operated by COMMUTEAIR DBA UNITED EXPRESS.

Traveler Details

BAYER/MARCIACRISTINADASILVA
eTicket number: **0162446918717**

Seats: GIG-IAH 47D
**IAH-SHV -----**

Purchase Summary

Method of payment:

Date of purchase:

**Miscellaneous Document**
**Visa ending in 2067**
**Mon, Dec 30, 2024**

| | |
|---|---|
| Airfare: | 1020.00 |
| U.S. Transportation Tax: | 22.20 |
| U.S. Immigration User Fee: | 7.00 |
| U.S. Customs User Fee: | 7.20 |

| Passenger Civil Aviation Security Service Fee: | 5.60 |
| U.S. Passenger Facility Charge: | 4.50 |

| Total Per Passenger: | 1079.41 USD |

## Total: 1079.41 USD

### Additional Collection

An additional amount of **450.20 USD** for the difference in fare was charged to Visa ending in 2067 on Mon, Dec 30, 2024.

### Payment Info

Remaining value of your previous ticket numbers 0162446224919 was applied to this purchase.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NRF-BE/NOCHGDAFTDPT/NOASR

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Wed, Jan 01, 2025<br>Rio de Janeiro, BR (GIG - Galeão)<br>to Shreveport, LA, US (SHV) | 70.00 USD | 100.00 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

### Important Information about MileagePlus Earning

• Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.

• You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

### International eTicket Reminders

• **Check-In Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.

• **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.

• Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

• Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.

• The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.

• For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

• If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

• For the most current status of your reservation, go to our Flight Status page.

• Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

• International taxes and fees may be collected at your departure airport.

### Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

### Customer Care Contact Information

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through unitec.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an

United States, to receive free of charge .. .nail or othe· delivery service the full text of United's _ .ntract of Carriage.

**Notice of Certain Terms -** If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times -** For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete chec<-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**Advice to International Passengers on Carrier Liability -** Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including contracts of carriage embodied in applicable tariffs, governs, and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

**Notice - Overbooking of Flights -** Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2024 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices



**United Airlines** <Receipts@united.com>                    30 de dezembro de 2024 às 09:11
Para: MARCIABAYER2@gmail.com

                                          Mon, Dec 30, 2024



**domingo, 29 de dezembro de 2024 ·    Editar
09:01**

20241229_120147.jpg
/Armazenamento interno/DCIM/Camera

**Samsung SM-A528B**

4,25 MB ┊ 3468x4624   16MP
ISO 100 ┊ 25mm   0,0ev   F1,8   1/50 s

\# Adicionar etiqueta

│││        ◯        〈

Exhibit
E



**domingo, 29 de dezembro de 2024 · 09:00**    Editar

20241229_120057.jpg

/Armazenamento interno/DCIM/Camera

**Samsung SM-A528B**

5,32 MB    3468x4624    16MP

ISO 200    25mm    0,0ev    F1,8    1/100 s

# Adicionar etiqueta



Exhibit
F

Central de Reservas
Reservations
0800-761-0035
800-221-1212 (USA)
SAC
0800-056-2599
pt.delta.com
Fly Delta App

▲ DELTA

SOS
PASSAGENS AÉREAS

PASSAGENS AÉREAS · PACOTES · SEGURO VIAGEM · HOTÉIS

Jhennel Cabral
(91) 98461-3676
jhennelcabral@sospassagensaereas.com
/sospassagensaereas
sospassagensaereas.com.br

Digitalizado com CamScanner

**CAXIAS D'OR**
**H O S P I T A L**

| | |
|---|---|
| Registro Civil Evaldeci Manhaes Bayer | |
| Nome Social: | |
| Dt Nascimento: 09/01/1950   Idade: 74a11m23d | Sexo: Masculino |
| CPF: 285.895.487-91 | Leito: UM229 |
| DtHr Admissão: 07/12/2024 16:58 | Prontuário: 000043227 |
| Registro: 4515246 | Matrícula: 010515322600 |
| Convênio/Plano: Saude Petrobras / Saude Petrobras | |
| Setor: MERITI - UTI ADULTO 2 AND. | |

**LAUDO**

I CERTIFY THAT MRS. MARCIA CRISTINA DA SILVA BAYER HAS BEEN ASSISTING HER FATHER, THE ABOVE PATIENT (EVALDECI MANHAS BAYER), DAILY DURING ADMISSION IN THE INTENSIVE CARE UNIT AT CAXIAS D'OI HOSPITAL (DUQUE DE CAXIAS - RIO DE JANEIRO - BRAZIL) DUE TO THE SEVERITY OF THE CONDITION SINCE 12/29/2024 TO PRESENT DATA (01/01/2025). I DECLARE YOUR DAILY STAY IN THE HOSPITAL UNIT DURING THIS PERIOD IN BRAZIL FOR WORK LICENCE IN THIS PERIOD.

DtHr Ate: 01/01/2025 17:08

Dr. Matheus Anselmini
Médico
CRM 52-012-4210-7

MATHEUS ANSELMINI
CRM: 01242407 - RJ

Exhibit
G

Digitalizado com CamScanner



Poder Judiciário - TJERJ
Corregedoria Geral de Justiça
Selo de Fiscalização Eletrônico
EEVR67833-QNP
Consulte a validade do selo em:
https://www3.tjrj.jus.br/sitepublico





REPÚBLICA FEDERATIVA DO BRASIL
REGISTRO CIVIL DAS PESSOAS NATURAIS

## CERTIDÃO DE ÓBITO

NOME:
**EVALDECI MANHÃES BAYER**

CPF: 285.895.487-91

MATRÍCULA: 092478 01 55 2025 4 00336 279 0123245 27

| SEXO: Masculino | COR: Branca | ESTADO CIVIL E IDADE: Casado, 74 anos |

NATURALIDADE: Estado do Rio de Janeiro | DOCUMENTO DE IDENTIFICAÇÃO: RG nº 045474244 DETRAN/RJ | ELEITOR: Sim

FILIAÇÃO E RESIDÊNCIA:
Filho de PEDRO JOSÉ BAYER e de ELZA MANHÃES BAYER. Residência do falecido: Avenida Perimetral Curupaiti, nº 365, APT 101, Jardim Vinte e Cinco de Agosto, Duque de Caxias-RJ

DATA E HORA DE FALECIMENTO: Dois de janeiro de dois mil e vinte e cinco, às 4h40min | DIA: 02 | MÊS: 01 | ANO: 2025

LOCAL DE FALECIMENTO: Hospital Caxias Dor, , Duque de Caxias-RJ

CAUSA DA MORTE:
CHOQUE SÉPTICO, PNEUMONIA BRONCOASPIRATÓRIA, DEMÊNCIA AVANÇADA, DOENÇA DE PARKINSON, DIABETES MELITUS, CORONARIOPATIA

SEPULTAMENTO / CREMAÇÃO:
CEMITÉRIO CREMATÓRIO MEMORIAL DO RIO, R. Francisco De Souza e Melo, 102 – Cordovil, Rio de Janeiro / RJ | DECLARANTE: MARCIA CRISTINA DA SILVA BAYER

NOME E Nº DE DOCUMENTO DO(S) MÉDICO(S) QUE ATESTOU(ARAM) O ÓBITO:
ISABELA GOMES RODRIGUES DE MACÊDO CRM 520-13327-

AVERBAÇÕES / ANOTAÇÕES A ACRESCER:
Não deixou bens nem testamento, era eleitor, deixou dois filhos maiores. APRESENTOU CERTIDÃO DE CASAMENTO. Declaração de óbito nº 37648978-2 ; estado civil casado com/de EDNA MARIA DA SILVA BAYER Certidão de casamento: Duque de Caxias - Ofício do RCPN 1º Distrito 1ª Circunscrição-RJ, livro B AUX-22, folha 44, termo 12350. Ato registrado no livro C-336, às folhas 279, sob o nº 123245. Data do registro: 02 de janeiro de 2025. Profissão do falecido: APOSENTADO. Data de nascimento do falecido: 09 de janeiro de 1950.

ANOTAÇÕES DE CADASTRO:

| TIPO DOCUMENTO | NÚMERO | DATA EXPEDIÇÃO | ÓRGÃO EXPEDIDOR | DATA DE VALIDADE |
|---|---|---|---|---|
| RG | 045474244 | 27/05/2010 | DETRAN/RJ | |

CEP Residencial: 25075-075

* As anotações de cadastro acima não dispensa a apresentação do documento original, quando exigida pelo órgão solicitante.

REGISTRO CIVIL DAS PESSOAS NATURAIS
DO 1º DISTRITO DE DUQUE DE CAXIAS-RJ
OFICIAL: RAPHAEL RODRIGUES RIBEIRO MAT: 90/252
Município: Duque de Caxias-RJ
Rua Deputado Ampliato Cabral, nº139, Jardim 25 de Agosto.
Cep:25070-370, Telefax: (21)2759-7788.
Email: cartoriocentrocaxias@gmail.com
Site:

2ª Via OS Nº 108379.

O conteúdo da certidão é verdadeiro. Dou fé.
DUQUE DE CAXIAS-RJ, 03 de janeiro de 2025.

MARIA LUZINETE SOUZA DA SILVA (ESCREVENTE - MATR.94/2166)

Maria Luzinete S. da Silva
Escrevente
Mat.94/2166

Valor Recebido: Isento de Emolumentos

Eu MARIA LUZINETE SOUZA DA SILVA-ESCREVENTE - MATR.94/2166 _____ Digitei, e Eu
MARIA LUZINETE SOUZA DA SILVA (ESCREVENTE - MATR.94/2166) _____ Conferi, Subscrevo e Assino.

BG 00069834I BRP · arpen RJ · Registro Civil do Brasil · Exhibit I

**Clerk of the Court**
SHERRY GRIFFIS
200 W. Houston, Ste. 234
Marshall, Texas 75670

**Attorney for Plaintiff**
Marcia Bayer
Pro-Se

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this notice by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this notice and petition, a default judgment may be taken against you."

**THE STATE OF TEXAS**

TO: **DELTA AIRLINES**
**REGISTERED AGENT: CORPORATION SERVICE COMPANY (CSC)**
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525
OR WHEREVER THEY MAY BE FOUND

GREETING:

**WHEREAS, MARCIA BAYER**, of the County of Harrison, State of Texas, did on the 2nd day of JUNE, 2025, file in the 71st District Court of Harrison County, Texas, in **Suit No. 25-0369** on the Civil Docket of said Court, wherein MARCIA BAYER, petitioner and DELTA AIRLINES, respondent, and alleges as follows:

"ORDER GRANTING MOTION FOR SPECIAL SETTLEMENT CONFERENCE"

**AND WHEREAS,** The Hon. BRAD MORIN, Judge of said Court, has entered the following order, to-wit:

"See attached"

**AND WHEREAS,** the said **"ORDER GRANTING MOTION FOR SPECIAL SETTLEMENT CONFERENCE"** will be heard by the said Court, at Marshall, Texas, on **the 1st day of JULY, 2025, at 10:30 o'clock a.m..**

THESE ARE, THEREFORE, to require you to appear at the time and place as above stated, and answer said **"ORDER GRANTING MOTION FOR SPECIAL SETTLEMENT CONFERENCE"** showing cause, if any you can, why same should not be granted. Given under my hand and seal of said Court, at office in Marshall, Texas this the 2nd day of JUNE, 2025.

SHERRY GRIFFIS
Harrison County District Clerk
71st District Court
by _____ Deputy

---

**OFFICER/AUTHORIZED PERSON RETURN**

Came to hand on the _____ day of _____, _____, at _____ o'clock __.m. Executed at _____ in _____ County, Texas, by delivering to _____ on the _____ day of _____ at _____ o'clock __.m., _____; in person, a true copy of this notice with a true and correct copy of the show cause order attached thereto having first endorsed on such copy of said notice the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.
Fee: $_____

_____
Affiant

_____ of _____ County, Texas
by _____ deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME ON _____, _____.

_____
Notary Public

## ORDER GRANTING MOTION FOR SPECIAL SETTLEMENT CONFERENCE

On this day, the Court considered Plaintiff's Motion for Special Settlement Conference. Having considered the motion, the Court finds that it is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that a special settlement conference is hereby scheduled for the following date and time:

Date: 7/1/25

Time: 10:30 AM

Location: 71st District Courtroom Harrison Co., Texas

SO ORDERED on this 2 day of June, 2025.

JUDGE PRESIDING

CERTIFIED MAIL

9589 0710 5270 0335 6152 04

Sherr
District
Harrison Cou
200 West Houston, Ste 234
Marshall, Texas 75670



FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 75670 $ 011.82⁰
02 7W
0008037780 JUN 03 2025

Delta Airlines
Registered Agent: Corporation
    Service Company (csc)
1201 Hays Street
Tallahassee, FL 32301-2525
Or wherever They may Be Found