**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MARCIA BAYER,<br>*Plaintiff*,<br>v.<br>DELTA AIR LINES, INC.,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00659-JRG-RSP |

**ORDER**

Defendant Delta Air Lines, Inc., filed a Partial Motion to Dismiss based on Fed. R. Civ. P. 12(b)(6). (Dkt. No. 15.) Magistrate Judge Payne issued a Report and Recommendation that the Court grant the motion. (Dkt. No. 25.) Ms. Bayer has since filed Objections. (Dkt. No. 26.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and Bayer's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes the Objections fail to show the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Bayer's Objections, **ADOPTS** the Report and Recommendation, and **GRANTS** the Motion (Dkt. No. 15). Accordingly, Count I (emotional distress) and Count II (excess damages) of Bayer's complaint are **DISMISSED**, and the Motion is otherwise **DENIED**.

**So ORDERED and SIGNED this 25th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE