**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MARCIA BAYER, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:25-CV-00659-JRG-RSP |
| DELTA AIR LINES, INC., INC., | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Plaintiff Marcia Bayer previously filed a Motion for Partial Summary Judgment (Dkt. No. 20) to establish a contract with Defendant Delta Air Lines, Inc., and to establish Delta's failure to complete the contracted-for transportation. Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 29), recommending denial of the Motion. Because no objections have been filed, and for the reasons stated in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Partial Summary Judgment (Dkt. No. 20) is **DENIED**.

**So ORDERED and SIGNED this 24th day of November, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE